BETSY C. JEFFERIS
Nevada Bar No. 12980
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
bjefferis@psalaw.net

*Attorneys for Defendants Fragrant
Spruce LLC dba Hotel Galaxy and
Carlotta McKeever*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL JACK LARRY, an individual,<br><br>Plaintiffs,<br>v.<br><br>FRAGRANT SPRUCE, a Domestic Limited Liability Corporation dba HOTEL GALAXY; CARLOTTA MCKEEVER, an individual; DOE I EMPLOYEE; and DOES II-V; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02204<br>[**Clark County Court Case No.:** A-18-773825-C<br>**Dept. No.:** XXXI]<br><br>**STIPULATION TO REMAND CASE TO STATE COURT** |

Defendants, Fragrant Spruce LLC dba Hotel Galaxy and Carlotta McKeever, by and through their attorneys of record, PHILLIPS, SPALLAS & ANGSTADT, LLC and Plaintiff, Daniel Jack Larry ("Plaintiff"), by and through his attorneys of record, DRUMMOND LAW FIRM, P.C. do hereby stipulate to remand this matter to state court with prejudice.

//

//

//

//

- 1 -

The parties hereby stipulate that this matter be remanded to the Eighth Judicial District Court and therefore, seek an order by this Court remanding this matter based upon Plaintiff's averment that Defendants are citizens of the State of Nevada, where this action was brought.

DATED this  4th  day of December 2018. DATED this  4th  day of December 2018.

DRUMMOND LAW FIRM, P.C.                    PHILLIPS, SPALLAS & ANGSTADT, LLC

/s/ Craig W. Drummond

/s/Betsy Jefferis

Craig W. Drummond, Esq.
Nevada Bar No.11109
810 S. Casino Center Blvd., Ste 101
Las Vegas, NV 89101

Betsy C. Jefferis, Esq.
Nevada Bar No. 12980
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff
Daniel Jack Larry, Jr.*

*Attorneys for Defendants Fragrant Spruce LLC dba Hotel Galaxy and Carlotta McKeever*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

December 6, 2018
DATED:_____

Respectfully submitted by,

**PHILLIPS, SPALLAS & ANGSTADT LLC**

/s/Betsy Jefferis

BETSY C. JEFFERIS
Nevada Bar No. 12980
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendants Fragrant Spruce LLC dba Hotel Galaxy and Carlotta McKeever*